Anthony S. Petru, Esq., State Bar No. 91399
John Furstenthal, Esq., State Bar No. 208996
HILDEBRAND, McLEOD & NELSON, INC.
Westlake Building
350 Frank H. Ogawa Plaza, 4th Floor
Oakland, CA 94612-2006
TEL:   (510) 451-6732
FAX:   (510) 465-7023

Attorneys for Plaintiff
JOSEPH E. KOSCHNICK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| JOSEPH F. KOSCHNICK,<br><br>    Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a corporation,<br><br>    Defendant. | CASE NO. 2:06-cv-02243-TMB KJM<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

**IT IS HEREBY STIPULATED** by and between Plaintiff JOSEPH F. KOSCHNICK and Defendant UNION PACIFIC RAILROAD COMPANY, through their designated counsel, that the above captioned action be and hereby is dismissed with prejudice as to the Defendant UNION PACIFIC RAILROAD COMPANY pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party agrees to bear their own cost.

DATED: _____, 2008

HILDEBRAND, McLEOD & NELSON, INC.


By:_____
    JOHN FURSTENTHAL, ESQ.
    Attorneys for Plaintiff
    JOSEPH F. KOSCHNICK

Stipulation and Order of Dismissal
Case No. 2:06-cv-2243

1

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1  DATED: _____, 2008 | HILDEBRAND, McLEOD & NELSON, INC. |
| 2 | |
| 3 | |
| 4 | By: _____<br>JOHN D. FEENEY, ESQ.<br>Attorneys for Defendant |
| 5 | UNION PACIFIC RAILROAD<br>COMPANY |

IT IS SO ORDERED:

DATED: May 13, 2008

_____       /s/ Timothy M. Burgess_____

HONORABLE TIMOTHY M. BURGESS
UNITED STATES DISTRICT JUDGE